## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

DEREK MORTLAND,

    Plaintiff,                                  Case No.: 1:21-cv-00028-GNS

v.

MCRT3 BOWLING GREEN LLC,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, MCRT3 Bowling Green LLC ("MCR"), through counsel and under the Federal Rules of Civil Procedure, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Date: May 3, 2021                                Respectfully submitted,

                                                                 */s/Danielle Lewis*_____
                                                                  Danielle Lewis, Esq.
                                                                   Reminger Co. LPA
                                                                   730 West Main Street, Suite 300
                                                                   Louisville, KY 40202
                                                                   Telephone: (502) 625-7308
                                                                   Facsimile: (502) 589-5436
                                                                   Email: Dlewis@reminger.com
                                                                   **Counsel for Defendant**

## **CERTIFICATE OF SERVICE**

I certify that on this 3rd day of May 2021, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.  Parties may access this filing through the Court's system.

Colin G. Meeker, Esq.
Blakemore, Meeker & Bowler, Co., LPA
495 Portage Lakes Dr.
Akron, KY 44319
cgm@bmblaw.com

          */s/ Danielle J. Lewis*
          Attorney