UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| DEREK MORTLAND, | ) | CASE NO. 1:21-CV-00028 |
| Plaintiff, | ) ) | JUDGE GREG N. STIVERS |
| Vs. | ) ) | |
| MCRT3 BOWLING GREEN LLC, | ) ) | **NOTICE OF DISMISSAL** |
| Defendant. | ) ) ) | |

NOW COMES the plaintiff, by and through counsel, and hereby gives Notice of Dismissal pursuant to Fed. Civ. R. 41(a)(1)(A)(i). Following a private settlement agreement, Plaintiff now desires the dismissal of all claims against Defendant with prejudice.

Respectfully submitted,

**/s/ *COLIN G. MEEKER***
Colin G. Meeker (#0092980)

Attorney for Plaintiff, Derek Mortland